■ Grace H. Mitchell, as Administratrix of the Estate of Leo J. Mitchell, Deceased, Respondent, v Machine Tool Research, Inc., Defendant, and Foster Wheeler Corporation et al., Appellants. [722 NYS2d 199] —Appeal unanimously dismissed without costs (*see, Fisher v Ives*, 251 AD2d 1022). (Appeal from Order of Supreme Court, Monroe County, Bergin, J.—Dismiss Pleading.) Present—Pigott, Jr., P. J., Green, Pine, Hurlbutt and Burns, JJ.